**Order entered October 24, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01105-CV

**KATHY BRADY, Appellant**

**V.**

**ANITA KANE, Appellee**

**On Appeal from the County Court at Law No. 2
Dallas County, Texas
Trial Court Cause No. CC-18-00890-B**

## ORDER

Before the Court is court reporter Robin N. Washington's request for an extension of time to file the record. We **GRANT** the request and **ORDER** the reporter's record be filed no later than November 2, 2018.

/s/     DAVID EVANS
        JUSTICE